# Exhibit B



*Office of the Principal Legal Advisor*
**U.S. Department of Homeland Security**
500 12th Street, S.W., 9th Floor
Washington, D.C. 20536

March 27, 2020

VIA EMAIL

Goura Ndiaye
c/o
Ruth E. Hartman
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, OH 44114-1214

> Re:  Federal Tort Claim against Department of Homeland Security/Immigration and Customs
> Enforcement
> Date of Incident:  December 2018 – August 2019
> Amount Claimed: $5,000,000.00

Dear Ms. Hartman:

We have evaluated the claim you filed on behalf of your client, Goura Ndiaye, against the Department of Homeland Security and Immigration and Customs Enforcement in the amount of $5,000,000.00 for claims related to an alleged failure to provide adequate medical treatment from December 2018 through August 2019.  Based upon the evidence before it, the decision of Immigration and Customs Enforcement is to deny the claim.

This letter is being furnished to you as formal written notice of our final denial of this claim. If you wish to pursue your claim pursuant to 28 U.S.C. § 2401(b), you must do so in the appropriate United States District Court no later than six months after the date of this letter.

Sincerely,

*John W. Bellflower*

John W. Bellflower
Associate Legal Advisor

VIA EMAIL