PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOURA NDIAYE, | ) | |
| | ) | CASE NO.  4:20CV1703 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **SHOW CAUSE ORDER** |

The Complaint in this case was filed on August 31, 2020.  ECF No. 1.  Fed. R. Civ. P. 4(m) requires the plaintiff to serve the summons and complaint upon the defendant within 90 days after the complaint is filed.  To date, Defendant United States of America has not been served.  No later than ten (10) days from the date of this Order, Plaintiff shall show good cause why service of the summons and complaint was not timely made upon Defendant United States of America pursuant to Rule 4(m).  Absent such a showing, claims asserted against the United States of America will be dismissed without prejudice for failure to prosecute. *Moncrief v. Stone*, 961 F.2d 595, 596 (6th Cir. 1992) (interpreting the predecessor to Rule 4(m)).

IT IS SO ORDERED.

November 9, 2020                          */s/ Benita Y. Pearson*
Date                                              Benita Y. Pearson
                                                     United States District Judge