**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| GOURA NDIAYE, | ) | Case No. 4:20-cv-01703 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Kathleen B. |
| | ) | Burke |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CASE MANAGEMENT CONFERENCE**

All counsel and/or parties will take notice that the Court has set this matter for a case management conference on **February 22, 2021 at 3:00 PM** before Judge J. Philip Calabrese in Chambers 16-B, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio.

Counsel of record who is familiar with the legal and factual issues in the case and who is prepared to bind a party shall attend this conference in person. To encourage the participation of newer attorneys, in particular women and minorities, the Court specifically modifies the "lead counsel" requirement described in Local Rule 16.3(b)(1). Clients need not attend, but may do so.

Any request to excuse in-person appearance or to reschedule this date or time shall be by motion filed no later than seven calendar days before the conference, absent extenuating circumstances. Any motion to reschedule the conference shall

identify at least three dates when counsel for all participants for all parties are available within the same general timeframe.

**Covid-19 Modification**

Notwithstanding the foregoing paragraph, the Court is presently conducting proceedings using remote technology instead of conducting case management conferences in-person pursuant to Amended General Order No. 2020-08.  The Courtroom Deputy will email counsel with instructions to participate in the conference.

**Planning Meeting**

The parties shall meet before the conference to discuss the case and prepare the proposed discovery plan pursuant to Rule 26(f) and Local Rule 16.3(b).  A Report of the Parties (see form associated with this entry on the docket) shall be filed with the Court at least seven calendar days before the conference.  It is the responsibility of counsel for Plaintiff(s) to initiate the planning meeting and to verify that counsel for Defendant(s) received a copy of this notice or, if no counsel has entered an appearance for Defendant(s), that Defendant(s) received a copy.

**Discovery Disputes**

The Court expects parties to make all reasonable efforts to resolve discovery disputes among themselves, as Rule 37(a)(1) requires.  Generally, such efforts require conferring by telephone, not simply by email.  Before filing any discovery motion (motion to compel, motion to quash, motion for protective order, etc.), the parties should advise the Court, which will handle the matter according to the procedure in

Local Rule 37.1(a). The Court orders that no party may file any discovery motion without first personally conferring and exhausting the procedures in Local Rule 37.1(a).

**Civil Standing Order**

The Court refers the parties to its Civil Standing Order, particularly with respect to the participation of younger lawyers. The standing order is available on Judge Calabrese's page on the Northern District of Ohio's website and will be updated from time to time. During the course of litigation, any questions or concerns regarding any aspect of this case should be directed to (216) 357-7265.

**SO ORDERED.**

Dated: February 1, 2021

*/s/ J. Philip Calabrese*
Judge J. Philip Calabrese
United States District Judge
Northern District of Ohio

3