## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| GOURA NDIAYE, | )  Case No. 4:20-cv-01703 |
| | ) |
| Plaintiff, | )  Judge J. Philip Calabrese |
| | ) |
| v. | )  Magistrate Judge |
| | )  Kathleen B. Burke |
| UNITED STATES OF AMERICA, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SECOND AMENDED SCHEDULING ORDER

Upon review of the parties' joint motion for extension of all case management deadlines (ECF No. 38), and for good cause shown, the motion is **GRANTED**.  The schedule for this matter will proceed as follows:

| | |
|---|---|
| Discovery cut-off: | 2/22/2022 |
| Initial expert report(s): | 4/11/2022 |
| Rebuttal expert report(s): | 5/10/2022 |
| Dispositive motion deadline: | 10/7/2022 |
| Expert discovery cut-off | 9/6/2022 |

**SO ORDERED**.

Dated:  December 6, 2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio