UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOURA NDIAYE, | ) | Case No. 4:20-cv-01703 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIRD AMENDED SCHEDULING ORDER**

Upon review of the parties' joint motion for extension of all case management

deadlines (ECF No. 40), and for good cause shown, the motion is **GRANTED**.  The

schedule for this matter will proceed as follows:

| | |
|---|---|
| Discovery cut-off: | 4/8/2022 |
| Initial expert report(s): | 5/26/2022 |
| Rebuttal expert report(s): | 6/24/2022 |
| Expert discovery cut-off | 10/21/2022 |
| Dispositive motion deadline | 11/21/2022 |

**SO ORDERED**.

Dated:  February 3, 2022

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio