# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Goura Ndiaye,<br><br>                         Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                         Defendants. | No. 4:20-cv-01703<br><br>JUDGE J. PHILIP CALABRESE<br><br>MAGISTRATE JUDGE KATHLEEN B. BURKE |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.9, Austin Davis respectfully moves this Court for leave to withdraw as counsel for Plaintiff Goura Ndiaye in the above-captioned matter. Undersigned counsel has resigned from Baker & Hostetler LLP. Attorneys from the same firm continue to represent Mr. Ndiaye. Undersigned counsel certifies that a copy of this motion has been provided to Mr. Ndiaye.

Dated: February 11, 2022                            Respectfully submitted,

                                                                      */s/Austin N. Davis*
                                                                        Austin N. Davis (0099185)
                                                                        BAKER & HOSTETLER LLP
                                                                        Key Tower 127 Public Square, Suite 2000
                                                                        Cleveland, OH 44114-1214
                                                                        Telephone: 216.621.0200
                                                                        Facsimile: 216.696.0740

                                                                        *Attorney for Mr. Goura Ndiaye*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on February 11, 2022, a true and correct copy of the foregoing was filed using the CM/ECF System for filing and transmitted to all counsel of record.

/s/Austin N. Davis
*Attorney for Mr. Goura Ndiaye*